# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WALTER EARL ALLEN, II** | : | |
| | : | |
| v. | : | **CIVIL ACTION** |
| | : | No. 23-3195 |
| **JUDGE JENNIFER R. SLETVOLD,** | : | |
| et al. | : | |

## ORDER

This 2nd day of May, 2024, following careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. The petition for a writ of habeas corpus, ECF 2, is **DENIED as moot**. There is no basis for the issuance of a certificate of appealability.

/s/ Gerald Austin McHugh
United States District Judge
